STEVEN G. ROSALES
ATTORNEY AT LAW SBN: 222224
LAW OFFICE OF LAWRENCE D. ROHFLING
12631 E. IMPERIAL HWY SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670
TEL: (562) 868-5886
FAX: (562) 868-5491

Attorneys for Plaintiff ANGELA MUSAAD

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MUSAAD, | Case No.: 1: 06 CV 00096 LJO |
| Plaintiff, | |
| vs. | STIPULATION TO EXTEND BRIEFING SCHEDULE; and ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | |
| Defendant | |

TO THE HONORABLE LAWRENCE J. O'NEILL, MAGISTRATE

JUDGE OF THE DISTRICT COURT:

Plaintiff ANGELA MUSAAD ("Plaintiff") and defendant Jo Anne B.

Barnhart, Commissioner of Social Security ("Defendant"), through their

undersigned counsel of record, hereby stipulate, subject to the approval of the

Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to October

11, 2006; and that Defendant shall have an extension of time until November 20,

2006, to file her opposition, if any is forthcoming.

Plaintiff's counsel makes this request because additional time is needed to

review the extensive administrative record and properly address the issues

presented.

-1-

1
2
3
4
5
6
7   DATE:  September 25, 2006                    Respectfully submitted,
8
9                                        LAW OFFICES OF LAWRENCE D. ROHLFING
10
11
12
13
14                              BY:    /s/ Steven Rosales_____
15                                     Steven G. Rosales
16                                     Attorney for ANGELA MUSAAD
17
18
19
20   DATE:  September 25, 2006.        McGREGOR W. SCOTT
21                                     United States Attorney
22
23
24
25
26
27
28

                                 BY:    /s/ - Kristi Kapetan  by Steven G. Rosales*
      ..                               Kristi Kapetan                                   .
                                       Assistant United States Attorney
                                       Attorneys for Defendant
                                       [*By email authorization on September 25, 2006]

**ORDER**

    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including October 11, 2006, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to November 20, 2006 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.

    IT IS SO ORDERED.

**Dated:**   **September 26, 2006**      **/s/ Lawrence J. O'Neill**

66h44d                  UNITED STATES MAGISTRATE JUDGE